```
                UNITED STATES DISTRICT COURT
                     DISTRICT OF NEVADA


BORISLAVA YORDANOVA,           )  CASE NO. 2:21-CV-01167-RFB-DJA
                               )
              Plaintiff,       )
                               )
     vs.                       )
                               )
GLENN THACKER, JR., ET AL.,    )  ORDER TEMPORARILY
                               )  UNSEALING NOTES
              Defendants.      )
_____)
```

On October 20, 2021, Paige Christian, Transcriber, received a Transcript Order form requesting a transcript of the Settlement Conference held on October 19, 2021, from Mark Severino, Esq. in which a portion of the hearing was sealed.

**IT IS THE ORDER OF THE COURT** that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Mark Severino, Esq.

**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this __22nd__ day of __October__, 2021.

_____
Daniel J. Albregts, U.S. Magistrate Judge